AO-10
Rev. 1/89

**FINANCIAL DISCLOSURE REPORT**

A*. II - 4

Annual Report Due by May 15 from Judicial Officers and certain Judicial Employees (28 USCA App. I, §§ 301-09)

| Person Reporting (Last name, first, middle initial) | Court or Organization | Date of Report |
|---|---|---|
| Souter, David H. | Court of Appeals, First Cir. | Jan. 24, 1990 |

| Title | Date of Entry/Nomination/Termination (only if initial or final report) | Reporting Period (Calendar year, or inclusive dates) |
|---|---|---|
| Circuit Judge | January 24, 1990 | 1989 |

| Home or office address |
|---|
| Supreme Court of New Hampshire, Noble Drive, Concord, New Hampshire 03301 |

**IMPORTANT NOTES:** *Please read the instructions accompanying this form. The report should include information pertaining to your spouse and dependent children, if any. Attach additional sheets if needed, identifying each attachment by showing your name, the date of the report, and the section(s) being completed. Complete all sections, checking the NONE box for each section where you have no reportable information. Compare and reconcile this report with last year's and list items in the same order as last year. Type or print clearly. Sign on last page.*

**I. POSITIONS.** (Reporting individual only; see pp. 15-17 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|

☐ NONE (No reportable positions)

| Associate Justice | Supreme Court of New Hampshire |
|---|---|

**II. AGREEMENTS.** (Reporting individual only; see p. 17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|

☑ NONE (No reportable agreements)

**III. NON-INVESTMENT INCOME.** (Partial disclosure for spouse; see pp. 18-20 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|

☐ NONE (No reportable non-investment income)

| 1 | Salary as Associate Justice | $ 74,632.73 |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Souter, David H. | Date of Report<br>Jan. 24, 1990 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS--transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ✓ NONE (No such reportable reimbursements or gifts) | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; see pp. 20-22 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ✓ NONE (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; see pp. 22-24 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ✓ NONE (No reportable liabilities) | | |

| * VALUE CODES: | J = $0 to $1,000 | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
|---|---|---|---|---|
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Souter, David H. | Jan. 24, 1990 |

## VII. INVESTMENTS and TRUSTS--Income, value, transactions. (Includes those of spouse; partial disclosure for dependent children; see pp. 24-35 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during period | | C. Gross value at end of period | | D. Transactions during period (Reporting individual and spouse) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code[1] (A-H) | Type (e.g. div.) | Value Code[2] (J-P) | Value Method Code[3] (Q-W) | Type (e.g. sold) | Date Month-Day | Value Code[2] (J-P) | Gain Code[1] (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Bank of N.H., Concord, N.H. NOW acc't | A | int | J | T | | | | | |
| 2 BankEast, Concord, N.H. Moneymarket acc't | C | " | M | T | | | | | |
| 3 Morizon Bank, Concord, N.H. NOW/sav. accts | B | " | M | T | | | | | |
| 4 Paine Webber, Concord, N.H. IRA | C | " | M | T | | | | | |
| 5 Flexwatt Corp. common stock | A | | M | T | | | | | |
| 6 Rowan Companies, Inc. common stock | A | | L | T | | | | | |
| 7 Morizon Banks, Inc. common stock | A | | O | T | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: | A = exempt ($0 to $100) | B = $101 to $1,000 | C = $1,001 to $2,500 | D = $2,501 to $5,000 |
|---|---|---|---|---|
| | E = $5,001 to $15,000 | F = $15,001 to $50,000 | G = $50,001 to $100,000 | H = over $100,000 |
| 2 Value Codes: | J = exempt ($0 to $1,000) | K = $1,001 to $5,000 | L = $5,001 to $15,000 | M = $15,001 to $50,000 |
| | N = $50,001 to $100,000 | O = $100,001 to $250,000 | P = over $250,000 | |
| 3 Value Method Codes: | Q = Appraisal | R = Cost (real estate only) | S = Assessed value | T = Cash/market |
| | U = Book value | V = Other | W = Estimated | |

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Souter, David H. | Jan. 24, 1990 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate section of Report.)

☐ Check to affirm that differences in investments from those reported in prior year are exempt from disclosure.

Re: VII? A? 4   IRA

| | |
|---|---|
| Sold    Dec. 21, 1989 | CD, Columbia S&L |
| | Beverly Hills, Cal. Value L   no gain |
| Bought Dec. 29, 1989 | CD, Rochester Co. |
| | Sav. Bk. |
| | Rochester, N.Y.    value M |

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

Signature _____                  Date Jan. 24, 1990

NOTE:    ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (28 U.S.C.A. APP. I, § 304, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

1.    Mail signed original and 3 additional copies to:    Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

2.    Deliver one copy to the Clerk of the Court on which you sit or serve. (Judicial employees not associated with a specific court, such as employees of the Administrative Office and the Federal Judicial Center, need not file a copy with any court.)

Digitized by Google

# FINANCIAL STATEMENT

## NET WORTH

*At. II-5*

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 46 | 323 | 54 | Notes payable to banks—secured | | | |
| U.S. Government securities—add schedule | | | | Notes payable to banks—unsecured | | | |
| | | | | Notes payable to relatives | | | |
| Listed securities—add schedule | 70 | 000 | | Notes payable to others | | | |
| Unlisted securities—add schedule | 160 | 000 | | Accounts and bills due | | | |
| Accounts and notes receivable: | | | | Unpaid income tax | | | |
| Due from relatives and friends | | | | Other unpaid tax and interest | | | |
| Due from others | | | | Real estate mortgages payable—add schedule | | | |
| Doubtful | | | | | | | |
| Real estate owned—add schedule | 150 | 000 | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | | | | |
| Autos and other personal property | 191 | 000 | | Other debts—itemize: | | | |
| Cash value—life insurance | 5 | 586 | 87 | | | | |
| Other assets—itemize: | 38 | 342 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | 0 | | |
| | | | | Net worth | 621 | 252 | 41 |
| Total assets | 621 | 252 | 41 | Total liabilities and net worth | 621 | 252 | 41 |

| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
|---|---|---|---|---|---|---|---|
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) *No* | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? *No* | | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | | |
| Provision for Federal Income Tax | | | | *No* | | | |
| Other special debt | | | | | | | |

These figures have been calculated

as December 31, 1939


Digitized by Google